# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

Plaintiff(s): **Faculty Executive Council of the Maricopa County Community College District ; Keith Heffner ; Michael Mitchell ; Camille Newton ; John Schampel ; Barry Vaughn**

Defendant(s): **Maricopa County Community College District ; Laurin Hendrix ; Jean McGrath ; Johanna Haver ; Tracy Livingston ; Linda Thor ; Dana Saar ; Tom Nerini ; Maria Harper-Marinick ; Karla Fisher**

County of Residence: Maricopa
County Where Claim For Relief Arose: Maricopa

County of Residence: Maricopa

Plaintiff's Atty(s):

**James E. Barton**
**Torres Law Group, PLC**
**2239 W Baseline Rd**
**Tempe, Arizona 85283-1039**
**6026268805**

**Saman J. Golestan**
**Torres Law Group, PLC**
**2239 W Baseline Rd**
**Tempe, Arizona 85283-1039**
**6026268805**

**Kirin T. Goff**
**Torres Law Group, PLC**
**2239 W Baseline Rd**
**Tempe, Arizona 85283-1039**
**6026268805**

Defendant's Atty(s):

II. Basis of Jurisdiction:     3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)
      Plaintiff:- N/A

Defendant:- **N/A**

| | |
|---|---|
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI. Cause of Action: | **Board action violates First Amendment rights, 42 U.S.C. §1983** |

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature: James E. Barton II**

**Date: 12/13/2018**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014