1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 **Faculty Executive Council of the**    NO. CV-18-4673-PHX-BSB
   **Maricopa County Community College**
10 **District, et al.,**

11            **Plaintiff(s),**                    **ORDER TO SHOW CAUSE**

12 **v.**

13 **Maricopa County Community College**
   **District, et al.,**
14
              **Defendant(s).**
15

16        This action has been assigned to a United States Magistrate Judge pursuant to

17 Local Rule 3.7(b) of the United States District Court for the District of Arizona.  Each

18 party is required to execute and file within fourteen days of its appearance either a written

19 consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a

20 written election to have the action reassigned to a district judge. **Faculty Executive**

21 **Council of the Maricopa County Community College District, Keith Heffner,**

22 **Michael Mitchell, Camille Newton, John Schampel, Barry Vaughan (Now referred**

23 **to as "All Plaintiffs")**  appeared  more than fourteen days ago, but has not yet filed the

24 required election form.

25        **IT IS ORDERED** that  if  **All Plaintiffs** fail  to file the   appropriate  election

26 form  by  5:00 p.m.  on Wednesday, January 23, 2019,  **All Plaintiffs  shall  appear**[1]

27 _____

28        [1] Incarcerated parties shall appear telephonically and shall make arrangements for

**before  Judge G.  Murray  Snow of the Phoenix Division of this Court in Courtroom No. 602, 6th Floor, at  4:00 p.m.  on February 4, 2019**   and show good cause for the failure  to  comply  with  Local  Rule  3.7(b).    The  hearing  before  the  Judge  will  be automatically  vacated  and  the  party  need  not   appear  if  the  party  files  a  completed election  form  by  the  5:00  p.m.  deadline  set  forth  above.  An  additional  copy  of  the election form is included with this Order.

**IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate Judge remains  in  effect  for  all  purposes  pending  completion  of  the  election  process. Involvement  of  Liaison  Judge  G.  Murray  Snow  in  this  matter  is  limited  to  this  show cause hearing, unless the magistrate judge assignment is ordered withdrawn pursuant to 28 U. S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned to a district judge.

BRIAN D. KARTH
District Court Executive/Clerk of Court

January 7, 2019

s/ M.Pruneau
By    Deputy Clerk

such appearance in advance of the hearing.

2