IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faculty Executive Council of the Maricopa County Community College District, et al.,<br><br>         Plaintiffs,<br>vs.<br><br>Maricopa County Community College District, et al.,<br><br>         Defendants. | No. CV-18-04673-PHX-SPL<br><br>**ORDER** |

   Plaintiffs filed a Complaint in this matter on December 13, 2018 (Doc. 1). Proof of service was filed between January 31, 2019 (Docs. 12-21) and February 1, 2019 (Doc. 23), declaring that waiver of service on Defendants was effected on December 27, 2018. Since that time, no answer has been filed and Plaintiffs have taken no action in this matter. Accordingly,

   **IT IS ORDERED** that Plaintiffs must show cause in writing why this action should not be dismissed in its entirety for failure to prosecute no later than **April 1, 2019**, unless a responsive pleading pursuant to Rule 12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant to Rule 55(a) is filed within such time.

   Dated this 18th day of March, 2019.

                                                                       Honorable Steven P. Logan
                                                                       United States District Judge