Israel G. Torres (#020303)
James E. Barton II (#023888)
Saman J. Golestan (# 031710)
Kirin T. Goff (#034356)
TORRES LAW GROUP, PLLC
2239 West Baseline Road
Tempe, Arizona 85283
480.588.6120
James@TheTorresFirm.com
Saman@TheTorresFirm.com
Kirin@TheTorresFirm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faculty Executive Council of the Maricopa County Community College District, a non-profit corporation, Keith Heffner, Michael Mitchell, Camille Newton, John Schampel, and Barry Vaughan, <br><br> Plaintiffs, <br> v. <br><br> Maricopa County Community College District, a body politic; Laurin Hendrix, Jean McGrath, Johanna Haver, and Tracy Livingston, each in their personal capacity and official capacity as members of Maricopa County Community College District Governing Board; Linda Thor, Dana Saar, and | No. CV 2018-04673-SPL <br><br> **STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS (FIRST REQUEST)** |

1

Tom Nerini, each in their official capacity as members of Maricopa County Community College District Governing Board; Maria Harper-Marinick, in her personal and official capacity as Chancellor; and Karla Fisher, in her personal and official capacity as Provost,

                Defendants.

Pursuant to LRCiv 7.3, all parties stipulate to extend the time for responsive pleadings. MCCCD faculty and administration are working collaboratively to address issues raised in the complaint. This has the potential to promote settlement agreement of some or all of the issues. Thus for sake of judicial efficiency, it makes sense to allow time for this process. The governing board has directed certain steps to be taken within 90 days.

All parties stipulate and agree that the deadline for responsive pleadings shall be extended to April 23, 2019. All parties stipulate and agree that this extension of time is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED between Plaintiffs and Defendants that:

Defendants' deadline to respond to the complaint shall be April 23, 2019.

IT IS SO STIPULATED.

Respectfully Submitted on March 22, 2019.

          **TORRES LAW GROUP, PLLC**

          By */s/ Kirin Goff*
            James E. Barton II
            Saman J. Golestan
            Kirin T. Goff
            *Attorneys for Plaintiffs*

          **MARICOPA COMMUNITY COLLEGES**

          By */s/ Samantha Blevins*
            Samantha Blevins
            *Attorney for Defendants*