Israel G. Torres (#020303)
James E. Barton II (#023888)
Saman J. Golestan (# 031710)
Kirin T. Goff (#034356)
TORRES LAW GROUP, PLLC
2239 West Baseline Road
Tempe, Arizona 85283
480.588.6120
James@TheTorresFirm.com
Saman@TheTorresFirm.com
Kirin@TheTorresFirm.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faculty Executive Council of the Maricopa County Community College District, a non-profit corporation, Keith Heffner, Michael Mitchell, Camille Newton, John Schampel, and Barry Vaughan,<br><br>            Plaintiffs,<br>   v.<br><br>Maricopa County Community College District, a body politic; Laurin Hendrix, Jean McGrath, Johanna Haver, and Tracy Livingston, each in their personal capacity and official capacity as members of Maricopa County Community College District Governing Board; Linda Thor, Dana Saar, and | No. CV 2018-04673-SPL<br><br>**PROPOSED ORDER TO EXTEND TIME FOR RESPONSIVE PLEADINGS** |

1

| | |
|---|---|
| 1 | Tom Nerini, each in their official capacity as members of Maricopa County Community College District Governing Board; Maria Harper-Marinick, in her personal and official capacity as Chancellor; and Karla Fisher, in her personal and official capacity as Provost, |
| 2 | |
| 3 | |
| 5 | |
| 6 | Defendants. |

The Court having reviewed the Stipulation to Extend Time for Responsive Pleadings and with good cause appearing, IT IS ORDERED that the deadline for Defendants to respond to the complaint shall be April 23, 2019.

Dated this __ day of March, 2019.

2