1  Israel G. Torres (#020303)
   James E. Barton, II (#023888)
2  Saman J. Golestan (#031710)
   Kirin T. Goff (#034356)
3  TORRES LAW GROUP, PLLC
   2239 West Baseline Road
4  Tempe, Arizona 85283
   602.626.8805
5  James@TheTorresFirm.com

6  Attorneys for Plaintiff

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

9

| | |
|---|---|
| Faculty Executive Council of the Maricopa County Community College District, et al., | No. CV-18-04673-PHX-SPL |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| Maricopa County Community College District, et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs provide notice of voluntary dismissal of the above captioned matter without prejudice.  No party has filed an answer in the case.

Dated:  April 23, 2019               **TORRES LAW GROUP, PLLC**

                                     By:/s/ James E. Barton II
                                        James E. Barton II
                                        2239 West Baseline Road
                                        Tempe, Arizona 85283

                                     *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, and separately a courtesy copy via email, to the following CM/ECF registrants:

Robert Ellman
David Smith
ROBERT ELLMAN LAW GROUP LLC
3030 N. Central Avenue, Ste 1110
Phoenix, Arizona 85012
rle@elgarizona.com
das@elgarizona.com

Samantha Blevins
MARICOPA COMMUNITY COLLEGES
Assistant General Counsel, Senior | Office of General Counsel 2411 West 14th Street, Tempe, AZ 85281 samantha.blevins@domail.maricopa.edu
Telephone: 480-731-8875
*Attorney for Defendants*
/s/ James E. Barton II