IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faculty Executive Council of the Maricopa County Community College District, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>Maricopa County Community College District,<br><br>    Defendant. | No.  CV-18-04673-PHX-SPL<br><br>**ORDER** |

    Having reviewed the Notice of Voluntary Dismissal (Doc. 27),

    **IT IS ORDERED** that the above-captioned matter is **dismissed without prejudice**. Each party shall bear its own costs and attorneys' fees.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

    Dated this 30th day of April, 2019.

Honorable Steven P. Logan
United States District Judge